# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
## Pensacola DIVISION

### CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

RM
LEGAL MAIL
Provided to
Wakulla CI

JUN 1 4 2021

FOR MAILING

Ronald Rae McPhee,

Inmate ID Number: K60905,

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*

Case No.: 3:21cv858-MCR-HTC
*(To be filled in by the Clerk's Office)*

v.

D. Barlow,

John Doe I,

John Doe II,

**Jury Trial Requested?**
☒ YES  ☐ NO

ALL ARE SUED IN THEIR INDIVDUAL CAPACITY

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Place of Present Confinement:
Wakulla Correctional Institution
110 Melaleuca Drive
Crawfordville, FL 32327

FILED USDC FLND PN
JUN 17 '21 PM 3:03  MB

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: _Ronald Rae McPhee_  ID Number: _K60905_

List all other names by which you have been known: _____

_____

Current Institution: _N/A_

Address: _N/A_

_____

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: _D. Barlow_

   Official Position: _Sergeant_

   Employed at: _Santa Rosa, C.I._

   Mailing Address: _5850 E. Milton Road_
   _Milton, FL 32583_

   ☑ Sued in Individual Capacity      ☐ Sued in Official Capacity

2. Defendant's Name: John Doe I

   Official Position: Officer

   Employed at: Santa Rosa Correction's Institution

   Mailing Address: 5850 E. Milton Road
   Milton, FL 32583

   ☑ Sued in Individual Capacity   ☐ Sued in Official Capacity

3. Defendant's Name: John Doe II

   Official Position: Officer

   Employed at: Santa Rosa Correction's Institution

   Mailing Address: 5850 E. Milton Road
   Milton, FL 32583

   ☑ Sued in Individual Capacity   ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against either of the two listed below:

☐ Federal Officials (Bivens Case)   ☒ State / Local Officials (§ 1983 Case)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee           ☐ Civilly Committed Detainee

☒ Convicted State Prisoner    ☐ Convicted Federal Prisoner

☐ Immigration Detainee        ☐ Other (Explain Below):

_____

_____

## IV. STATEMENT OF CLAIM

1. The action of Defendants D. Barlow, John Doe I and John Doe II in using physical force against Plaintiff without need or provocation or in failing to intervene to prevent the misuse of force were done maliciously and sadistically and constituted Cruel and Unusual Punishment in violation of the Eighth Amendment of the United States Constitution.

2. The action of D. Barlow and John Doe I in using physical force against the Plaintiff without need or provocation constituted the tort of assault and battery under the law of Florida.

## V. STATEMENT OF FACTS

4

3. On December 22, 2017 at approximately between the time of 8:40 a.m. and 8:59 a.m. while in the Medical Triage that's inside of Delta Dormitory at Santa Rosa Correctional Institution Main Unit.

4. Defendant D. Barlow handle Plaintiff with such aggressive counseling and demands.

5. Plaintiff warned Defendant D. Barlow that there's a camera outside in the foyer that could see in on the Defendant from the angle the Plaintiff and Defendant D. Barlow was standing.

6. Plaintiff at that time was in full set of restraints consist of hand cuff behind the back and leg shackles.

7. At that moment Defendant D. Barlow behavior became mild at the mention of him being on camera.

8. Defendant D. Barlow immediately lead Plaintiff outside the Medical Triage where Defendant John Doe I and John Doe II was standing waiting to help with escorting Plaintiff to his (Quad #1) to be placed back into Plaintiff holding cell #1214 that's also inside of Delta Dorm.

9. Defendant D. Barlow lifted Plaintiff left arm upward behind the Plaintiff as far as it could go conflicting pain upon the Plaintiff.

10. Defendant John Doe I grab a hold of Plaintiff right arm mimicking his supervisor (D. Barlow) behavior forcing Plaintiff right arm up behind Plaintiff back.

11. As Defendant D. Barlow, and John Doe I begin escorting Plaintiff in that manner of fashion.

12. Defendant D. Barlow radioed for the lieutenant who are over Delta Dormitory for assistance to fabricate a story to fit the prescription the camera might have picked upon in the Medical Triage.

13. Plaintiff state I am not resisting nor I am being disruptive so there's no need to escort me like this my shoulders are hurting.

14. Defendant John Doe I order Plaintiff to shut up.

15. Plaintiff immediately complied with Defendant John Doe I order.

16. Moment thereafter Plaintiff and Defendant D. Barlow, John Doe I and John Doe II walked onto Quad #1 escorting Plaintiff up the stair case.

17. Defendant D. Barlow mushed Plaintiff in the face with his hand.

18. Defendant D. Barlow order Plaintiff not to look at him.

19. Plaintiff stated I was looking at your name tag so I could write you all up asking to utilize the audio an cameras.

20. Plaintiff and Defendants D. Barlow, John Doe I and John Doe II arrived at Plaintiff cell front.

21. Defendant John Doe I order Plaintiff to get down onto his knees.

22. Plaintiff immediately complied with Defendant John Doe I order without incident.

23. Defendant John Doe I then removed the leg shackles from Plaintiff ankles.

24. Defendant D. Barlow order Plaintiff to go into his holding cell an hand his hand through the door slot.

25. Plaintiff immediately complied with Defendant D. Barlow order.

26. At this moment John Doe I release Plaintiff left arm from the hand cuff.

27. As Defendant John Doe I was about to take off the right cuff from Plaintiff right hand.

6

28. Without provocation or warning D. Barlow twisted Plaintiff right hand to conflict pain upon Plaintiff.

29. Plaintiff stated: what are you doing, you guys don't have to do this.

30. Defendant John Doe I at that moment continually begin yanking Plaintiff right arm by utilizing the hand cuff as leverage.

31. Moments afterwards Defendant D. Barlow stop twisting Plaintiff hand.

32. Defendant D. Barlow immediately grab hold of Plaintiff finger bending it backwards to conflict greater pain.

33. Plaintiff shout out in pain: what are you doing, stop bending my finger and just take off the hand cuff.

34. Defendant D. Barlow release Plaintiff finger and begin repeatedly slammed the slot flap door up against Plaintiff right arm.

35. Defendant John Doe II stood and failed to intervene to prevent further injury.

36. Moments thereafter Defendant D. Barlow brutal use of force decease once he was satisfied with the damage that were conflicted upon Plaintiff right arm.

37. Defendant John Doe I relinquish from submitting use of force once he notice Defendant D. Barlow stopped.

38. At that moment Defendant John Doe I release the hand cuff from Plaintiff wrist.

39. Defendants D. Barlow, John Doe I and John Doe II then left off Quad #1 to met up with the lieutenant before he could come onto the Quad.

40. Several minutes later Lieutenant came onto the Quad with another officer holding a hand held camera.

41. Lieutenant stood far off from a distance out from plaintiff ear range as he spoke into the hand held camera.

42. Second thereafter, the hand held camera was directed toward Plaintiff holding cell, moments before the nurse showed up at Plaintiff cell front.

43. Plaintiff was not showing aggressiveness nor disruptive behavior.

44. Plaintiff showed the nurse his injuries that was done to his right arm requesting for medical aid.

45. The nurse refused to properly treat Plaintiff with medical attention, and favor to help the Defendant's D. Barlow, John Doe I and John Doe II attack upon Plaintiff to keep clandestine.

46. Plaintiff was force to wait as he was subjected to extreme chronic plain without medical treatment until security and the medical staff change shift.

47. Plaintiff immediately reported his injuries and was subsequently assessed by medical.

48. During this assault of Defendant's brutal attack upon the Plaintiff caused lacerations to Plaintiff right arm muscle tissue that leaked blood and some similar texture of body fluid underneath the surface of Plaintiff skin that formed into a massive lump above the rest of the swelling of the right arm.

49. Plaintiff right hand palm begin changing from its natural color into a darker shade as it was losing circulation.

50. Plaintiff injury worsen and Plaintiff was rushed by EMS to Penscola, FL "Baptist Hospital Emergency Room" to have his injury treated by a higher level of care.

51. After several x-ray evolution that took place on separat occasion to the large mass that continue to deform into its abnormalities it was declared it was safe for Plaintiff to undergo operational surgery that took place on February 21, 2019, at the Receptional Medical Center (RMC) Correctional Institution.

## VI. RELIEF REQUESTED:

Wherefore, Plaintiff requests that the Court great the following relief:

A. Issue a Declaratory Judgment stating that:
   1. The physical abuse of the Plaintiff by Defendant D. Barlow, and John Doe I violated the Plaintiff's rights under the Eighth Amendment to the United States Constitution and constituted an Assault and Battery under state law.
B. Issue an injunction ordering the Department of Justice to prosecute criminally Defendants D. Barlow, and John Doe I for Assault and Battery under state and / or federal law.
C. Award Compensatory damage in the following amounts:
   1. 250,000 Jointly and severally against Defendants D. Barlow, and John Doe I for the physical and emotional injuries sustained as a result of the Plaintiff's beating.
   2. 75,000 against Defendant John Doe II for failing to intervene, and prevent physical and emotional injuries sustained as result of the Plaintiff's beating.
D. Award punitive damages in the following amount:
   1. 100,000 each against Defendants D. Barlow, and John Doe I.
   2. 50,000 against Defendant John Doe II.
E. Grant such other relief as it may appear that Plaintiff is entitled.

I declare, under penalty of perjury, that the foregoing is true and correct, signed this 14th day of June, 2021.

Respectfully Submitted,

/s/ Ronald R McPhee
Ronald Rae McPhee
F.D.O.C. # K60905
Wakulla C.I. Annex
110 Melaleuca Drive
Crawfordville, Florida 32327

```
IBSR140 (74)                                                                               05/21/21
                                                                                           10:43:55
                                                                                           PAGE   1
                          FLORIDA DEPARTMENT OF CORRECTIONS
                           TRUST FUND ACCOUNT STATEMENT
                           FACILITY: 122 - WAKULLA ANNEX
                             FOR: 11/01/2020 - 04/30/2021

ACCT NAME: MCPHEE, RONALD R.                ACCT#: K60905
      BED: O1209L                           TYPE: INMATE TRUST
      PO BOX:
                                                            Provided to Wakulla
                                                               JUN 14 2021
                                                              For mailing

                                                BEGINNING BALANCE 11/01/20              $1,820.44

POSTED                    REFERENCE
DATE     NBR   TYPE       NUMBER         FAC   REMITTER/PAYEE       +/-   AMOUNT       BALANCE
------   ---   --------   ---------      ---   -----------------    ---   ---------    -----------
11/02/20 121   PROCESSING FEE    WEEKLY DRAW        000                    -    $0.19   $1,820.25
11/03/20 025   CANTEEN SALES     11820201102        000                    -   $17.30   $1,802.95
11/09/20 119   PROCESSING FEE    WEEKLY DRAW        000                    -    $0.17   $1,802.78
11/11/20 023   CANTEEN SALES     11820201110        000                    -   $15.88   $1,786.90
11/16/20 121   PROCESSING FEE    WEEKLY DRAW        000                    -    $0.16   $1,786.74
11/16/20 279   ACCESS CATALOG    1118               000                    -   $11.91   $1,774.83
11/17/20 025   CANTEEN SALES     11820201116        000                    -   $32.30   $1,742.53
11/23/20 122   PROCESSING FEE    WEEKLY DRAW        000                    -    $0.32   $1,742.21
11/23/20 053   CANTEEN SALES     23020201207        000                    -   $20.44   $1,721.77
12/08/20 121   PROCESSING FEE    WEEKLY DRAW        000                    -    $0.20   $1,721.57
12/14/20 053   CANTEEN SALES     23020201215        000                    -   $25.67   $1,695.90
12/16/20 119   PROCESSING FEE    WEEKLY DRAW        000                    -    $0.26   $1,695.64
12/21/20 053   CANTEEN SALES     23020201223        000                    -   $28.89   $1,666.75
12/24/20 119   PROCESSING FEE    WEEKLY DRAW        000                    -    $0.29   $1,666.46
12/28/20 298   JPAY MEDIA W/D    000088834930       000                    -    $8.00   $1,658.46
12/29/20 053   CANTEEN SALES     23020201229        000                    -   $10.75   $1,647.71
12/30/20 119   PROCESSING FEE    WEEKLY DRAW        000                    -    $0.11   $1,647.60
01/04/21 053   CANTEEN SALES     23020210105        000                    -   $24.45   $1,623.15
01/06/21 121   PROCESSING FEE    WEEKLY DRAW        000                    -    $0.24   $1,622.91
01/11/21 193   GOVERNMENT CHEC   40415473266        000   ECONOMIC IMPACT PAYMENT +  $1,200.00   $2,822.91
01/13/21 053   CANTEEN SALES     23020210113        000                    -   $10.37   $2,812.54
01/14/21 135   PROCESSING FEE    01132119302 7      000                    -    $0.50   $2,812.04
01/14/21 119   PROCESSING FEE    WEEKLY DRAW        000                    -    $0.10   $2,811.94
01/18/21 053   CANTEEN SALES     23020210120        000                    -    $5.84   $2,806.10
01/21/21 117   PROCESSING FEE    WEEKLY DRAW        000                    -    $0.06   $2,806.04
01/25/21 051   CANTEEN SALES     23020210126        000                    -   $10.51   $2,795.53
01/27/21 121   PROCESSING FEE    WEEKLY DRAW        000                    -    $0.11   $2,795.42
02/01/21 210   MEDICAL BILLS W   1/22/21            000                    -    $0.15   $2,795.27
02/01/21 150   PASSOVER ORDER    1118               000                    -   $83.81   $2,711.46
02/05/21 301   JPAY MEDIA W/D    000091689446       000                    -   $25.00   $2,686.46
02/08/21 025   CANTEEN SALES     11820210209        000                    -   $34.82   $2,651.64
02/10/21 121   PROCESSING FEE    WEEKLY DRAW        000                    -    $0.35   $2,651.29
02/15/21 025   CANTEEN SALES     11820210215        000                    -   $27.91   $2,623.38
02/16/21 119   PROCESSING FEE    WEEKLY DRAW        000                    -    $0.28   $2,623.10
02/22/21 266   JPAY MEDIA W/D    000092941939       000                    -   $21.00   $2,602.10
02/23/21 025   CANTEEN SALES     11820210223        000                    -   $18.78   $2,583.32
02/24/21 025   CANTEEN SALES     11820210226        000                    -   $18.78   $2,564.54
02/27/21 121   PROCESSING FEE    WEEKLY DRAW        000                    -(   $0.38)  $2,564.16
03/01/21 025   CANTEEN SALES     11820210301        000                    -  ($18.78)  $2,582.94
03/02/21 025   CANTEEN SALES     11820210302        000                    -   $30.42   $2,552.52
03/03/21 128   INDIVIDUAL CHEC   0711463            000   BOOKS N THINGS   -   $91.97   $2,460.55
03/05/21 123   PROCESSING FEE    WEEKLY DRAW        000                    -    $0.12   $2,460.43
```

```
IBSR140 (74)                        FLORIDA DEPARTMENT OF CORRECTIONS              05/21/21
                                      TRUST FUND ACCOUNT STATEMENT                 10:43:55
                                      FACILITY: 122 - WAKULLA ANNEX                PAGE   2
                                          FOR: 11/01/2020 - 04/30/2021

ACCT NAME: MCPHEE, RONALD R.                   ACCT#: K60905
BED: O1209L                                    TYPE: INMATE TRUST
PO BOX:

POSTED                              REFERENCE
DATE      NBR           TYPE          NUMBER        FAC   REMITTER/PAYEE        +/-    AMOUNT      BALANCE
--------  ---  ------------------  -------------   ---   --------------------   ---   ---------   -----------
03/08/21  283  INDIVIDUAL CHEC     0711924         000   NELLIE L MCPHEE         +     $650.00     $1,810.43
03/10/21  025  CANTEEN SALES       11820210309     000                           -       $8.83    $1,801.60
03/15/21  121  PROCESSING FEE      WEEKLY DRAW     000                           -       $0.09    $1,801.51
03/16/21  025  CANTEEN SALES       11820210315     000                           -       $9.80    $1,791.71
03/16/21  629  JPAY MEDIA W/D      00009464649     000                           -      $25.00    $1,766.71
03/17/21  523  MO (JPAY)           128868430       000   KLINGENBERGER, HERMAN   +      $25.00    $1,791.71
03/17/21  524  PROCESSING FEE      03172152320l    000                           -       $0.50    $1,791.21
03/22/21  121  PROCESSING FEE      WEEKLY DRAW     000                           -       $0.10    $1,791.11
03/25/21  025  CANTEEN SALES       11820210324     000                           -       $5.47    $1,785.64
03/25/21  180  MEDICAL BILLS W     1.22.21         000                           -       $0.15    $1,785.49
03/28/21  126  JPAY MEDIA W/D      00009568ll82    000                           -      $25.00    $1,760.44
03/29/21  121  PROCESSING FEE      WEEKLY DRAW     000                           -       $0.05    $1,760.39 
03/31/21  023  CANTEEN SALES       11820210330     000                           -      $11.27    $1,749.17
04/01/21  236  JPAY MEDIA W/D      00009600225S    000                           -      $25.00    $1,724.17
04/05/21  123  PROCESSING FEE      WEEKLY DRAW     000                           -       $0.11    $1,724.06
04/05/21  283  JPAY MEDIA W/D      00009636203z    000                           -      $15.00    $1,709.06
04/07/21  025  CANTEEN SALES       11820210406     000                           -      $11.81    $1,697.25
04/12/21  119  PROCESSING FEE      WEEKLY DRAW     000                           -       $0.12    $1,697.13
04/13/21  023  CANTEEN SALES       11820210412     000                           -       $7.19    $1,689.94
04/13/21  221  MEDICAL BILLS W     4.9.21          000                           -       $0.90    $1,689.04
04/19/21  123  PROCESSING FEE      WEEKLY DRAW     000                           -       $0.07    $1,688.97
04/22/21  025  CANTEEN SALES       11820210421     000                           -      $31.55    $1,657.42
04/24/21  223  GOVERNMENT CHEC     40440382249 4   000   EIP3                    +   $1,400.00    $3,057.42
04/24/21  305  PROCESSING FEE      04242l223029    000                           -       $0.50    $3,056.92
04/26/21  125  PROCESSING FEE      WEEKLY DRAW     000                           -       $0.32    $3,056.60
04/29/21  025  CANTEEN SALES       11820210428     000                           -      $20.48    $3,036.12

                                                                  ENDING BALANCE 04/30/21        $3,036.12
```

Ronald McRae
DC# K60905
Wakulla Correctional Institution
110 Melaleuca Drive
Crawfordville, FL 32327

CHECKED JUN 17 2021

Arnow Federal Building
100 North ~~L~~ Palafox St.
Pensacola, FL 32502