UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD RAE MCPHEE,

    Plaintiff,

v.                                   Case No. 3:21cv858-MCR-HTC

SERGEANT D. BARLOW, et al.

    Defendants.
_____/

ORDER

This matter is before the Court on Plaintiff's *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 (ECF Doc. 1). The complaint is not on this Court's required form[1] and is not accompanied by a motion to proceed *in forma pauperis* or the $402.00 filing fee.[2] Plaintiff will be given an opportunity to file an amended complaint on this Court's required form and either file a motion to proceed *in forma pauperis* or pay the $402.00 filing fee.

First, Rule 5.7(A) of the Local Rules of the Northern District of Florida provides that "[a] party not represented by an attorney must file . . . a complaint in a civil-rights

---

[1] Although the first three (3) pages of the complaint are on the Court's required form, the remaining pages are typed and attempt to track the Court's form. However, while the Court appreciates Plaintiff's efforts in submitting a typed complaint, the complaint is deficient because it does not include all the required information, such as sections for exhaustion of administrative remedies, certification, and disclosure of prior litigation.

[2] Plaintiff attaches an inmate account statement to his complaint, ECF Doc. 1 at 11–12; however, as set forth below, an inmate account statement, alone, does not constitute a complete motion to proceed *in forma pauperis*.

case . . . only on a form available without charge from the Clerk or on the District's website." N.D. Fla. Loc. R. 5.7(A). Rule 5.7(A) also provides that "[t]he Court need not—and ordinarily will not—consider a petition, motion, or complaint that is not filed on the proper form." *Id.* Here, the complaint is not, in its entirety, on the Court's required prisoner form.

To amend his complaint, Plaintiff must completely fill out this Court's prisoner civil rights complaint form, marking it "**Amended Complaint**." Plaintiff must place the defendants' names in the style of the case on the first page of the complaint form and include their addresses and employment positions in the "Parties" section of the form. In the statement of facts, Plaintiff should clearly describe how each named defendant is involved in the alleged constitutional violation, alleging the claims as to each defendant in separately numbered paragraphs and including specific dates and times of the alleged unconstitutional acts. If Plaintiff cannot state exactly how a particular defendant harmed him, he should delete or drop that person as a defendant from his complaint. In the section entitled "Statement of Claims," Plaintiff must state what rights under the Constitution or laws of the United States have been violated, and he must provide support in the statement of facts for the claimed violations. The amended complaint must contain all of Plaintiff's allegations. *See* N.D. Fla. Loc. R. 15.1.

Second, Rule 5.3 of the Local Rules of the Northern District of Florida provides that "[a] party who files or removes a civil case must *simultaneously* either pay any

Case No. 3:21cv858-MCR-HTC

fee required under 28 U.S.C. § 1914 or move for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915." N.D. Fla. Loc. R. 5.3 (emphasis added). To submit an application to proceed *in forma pauperis*, Plaintiff must completely fill out the court form and provide supporting documentation. A complete motion to proceed *in forma pauperis* is one which includes (1) the motion; (2) a financial affidavit; (3) an executed prisoner consent form, (4) an executed financial certificate; and (5) a printout of the transactions in Plaintiff's inmate trust account for the six (6) months preceding the filing of the complaint. *See id.*; 28 U.S.C. § 1915(a)(2). Plaintiff's case cannot proceed until all of these forms are submitted.

Accordingly, it is ORDERED:

1. The clerk shall send to Plaintiff a section 1983 Civil Rights Complaint form for prisoners *and* a form application to proceed *in forma pauperis* for prisoners. This case number shall be written on the form. Additionally, the clerk shall designate the complaint form as an "Amended Complaint."

2. Within **twenty-one (21) days** from the date of this order, Plaintiff shall file an amended complaint on this Court's official form **and** file a complete application to proceed *in forma pauperis* or pay the full $402.00 filing fee.

3. Plaintiff's failure to comply with this order as instructed may result in a recommendation that this case be dismissed.

DONE AND ORDERED this 25th day of June, 2021.

*s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**