## Requiry letter to the Clerk office

TO: the Clerk of this Court
100 North Palafox Street
Pensacola, Fl 32502

From: the Plaintiff Ronald Rae McPhee,
Case No. 3:21cv00858-MCR-HTC

I the Plaintiff had submitted and motion for Extension of Time September 15, 2021 of incompletion due to last minute timing where plaintiff had Received A notification in the The mail on the last day of his Deadline To Respond To the Court order Filed August 25, 2021 that got To the Plaintiff August 31, 2021 giving the Plaintiff 21 day From the date The Order was Filed for Plaintiff To submit $402.00 into the Clerk office of this Court Plaintiff been Requesting To have the Prison institution To have the Funds Taken Out From his Inmate Trust Fund Account and send in to this office of you All Administration which I am not sure if it was done or not because I have not Receive A Receipt in Return stating the money have been submitted with you All so therefore as I was Trying To finish up my motion for Extension of Time which I was left with seconds To do when the Legal mail lady Came By to Collect Legal and due To me Rushing I left out This Page 3 of my motion for Extension of Time

FILED USDC FLND PN
SEP 30 '21 PM 1:27   AB

By accident and I had alot of paper scatter Around me where this page That I am enclosing with this letter of Requiry To the clerk office Blinded in with all The scatter paper I Couldn't Remember at the Current Time was There a Three page motion of Extension of Time of four page motion an the last Thing I did To Try An finish the motion of Extension of time off To Consider it finish was added The Numbers To the Bottom of the pages To Identify The order the pages go in so Actually this is page Three of that motion for Extension of time and whats seem To be page #3 Thats Attached To the Actual at This Time Are Originally page #4 Could you Please help me with Placing This page in it's proper Order with the September 15, 2021 motion for Extension of Time without Prejudice To be president Before the Judge. Plaintiff has place This Requiry letter in the hands of the Prison official for mailing on this day of September 27, 2021

Respectfully submitted
/s/ _____

and Placed it in the Prison official hand to be Post mailed to the Clerk's office. See Exhibit-A4 and Exhibit-A5.

Plaintiff had also submitted another inmate Special withdraw Form of $402.00 on the 31st of August 2021 On the day Plaintiff was handed the Court order Filed as Docket # 9 By the Prison official to help insure the matter for No more Delays as Plaintiff Demonstrated to the Classification officer through Inmate Request Form DC6-236 in Order to Correspondence with Inmate Banking Central office. Plaintiff had also Submitted a Inmate Request Form to the Inmate property Room speaking on the matter that That Plaintiff have also submitted his Second Inmate Special withdrawal form, after he adequately Turned in his Inmate special withdraw Form into the hands of the Prison official On August 5, 2021 See Exhibit-A4 And Exhibit-A5.

Plaintiff was also verbally advise by Sergeant J. Davis over O-Dormitory where the Plaintiff are housed in at At wakulla Correctional Institution annex/RCC, that The Inmate Banking Central office Administration had inform him They located Plaintiff special withdraw Forms but didn't leave him much information on if the Inmate Special withdraws had been processed and submitted at the Time. Plaintiff have not Received a Receipt in Response indication that the $402.00 have been submitted into the Clerk's office therefore Plaintiff Take it as it have not Been Submitted Due To the Default of The Partment of Corrections Institution An Request That This honorable Court without Prejudice grant This motion for Extension of Time.

3

Ronald McPhee
DC# K60905
Wakulla C.I.
110 Melaleuca Dr.
Crawfordville, FL
32327

U.S. District Court
Northern District of Florida
#100 North Palafox Street
Pensacola Florida 32502

CHECKED SEP 3 0 2021

