UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD RAE MCPHEE,

    Plaintiff,

v.                                  Case No. 3:21cv858-MCR-HTC

SERGEANT D. BARLOW, et al.

    Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiff's amended complaint filed pursuant to 42 U.S.C. § 1983 for violations of his Eighth Amendment rights. ECF Doc. 5. The Court has screened the amended complaint and finds it sufficient to be served on the named Defendants.[1] Also, the Court received two (2) service copies of the amended complaint on August 19, 2021 (ECF Doc. 8), and Plaintiff's filing fee on September 22, 2021 (ECF Doc. 13). Because the Court has received the filing fee, the Court finds the motion for extension of time, ECF Doc. 14, is MOOT. Thus, the clerk will be directed to send the necessary documents to the United States

---

[1] Plaintiff also names two John Doe defendants in the amended complaint. The Court cannot serve Doe defendants. Plaintiff should use the discovery process to identify the Doe defendants and diligently move to amend the complaint once the names of the Doe defendants have been identified. If the motion to amend is granted, the Court will then proceed to cause those defendants to be served.

Marshal Service ("USMS") as outlined below for the purpose of serving the amended complaint.

Accordingly, it is ORDERED:

1. The Court finds Plaintiff's motion for extension (ECF Doc. 14) is MOOT.

2. The clerk shall prepare and issue summonses for Defendants Sergeant D. Barlow and Nurse M. Williams, indicating that each Defendant has **sixty (60) days** from the date of service in which to file a response to the amended complaint. The clerk shall refer the summonses to the USMS, along with two (2) copies of this Order and two (2) service copies of the amended complaint.

3. Within **thirty (30) days** from the date of this order, the USMS shall serve the Defendants listed in the above paragraph. Service on Defendants shall be accomplished by mailing the proper summonses, two (2) copies of this Order, and two (2) copies of the amended complaint by regular mail to **Christy Padgett** at **Santa Rosa Correctional Institution, 5850 East Milton Road, Milton, FL 32583.** In the absence of Christy Padgett, **Holly Sours** is designated as an alternate server and shall comply with this Order.

4. Within **fourteen (14) days** after receipt of the above-mentioned documents, the special process servers shall serve the amended complaints upon the defendants listed in paragraph one, complete and sign the returns of service, and

return them to the clerk as proof of service.  **Defendants shall also sign the returns of service as acknowledgments of receipt of service.**

5.      If any Defendant is no longer employed at the designated institution or is otherwise unable to be served, the server shall report this information to the clerk within **fourteen (14) days** after receipt of the amended complaint and this Order.  If service is returned unexecuted, or if a return is not filed within **forty-five (45) days** from the date of this order, the clerk shall immediately notify chambers.

6.      Each Defendant shall have **sixty (60) days** from the date that Defendant was served to file a response to the amended complaint.

7.      No motion for summary judgment shall be filed by any party prior to entry of an initial scheduling order without permission of the Court.

8.      Counsel for each of the Defendants shall file a notice of appearance within **thirty (30) days** of the date of service.

9.      Plaintiff is advised that no amendments to the amended complaint shall be permitted by the Court unless, as required by Rule 15 of the Federal Rules of Civil Procedure, Plaintiff files a separate motion for leave to amend and provides copies of the proposed second amended complaint.  N.D. Fla. Loc. R. 15.1.

10.     Once a notice of appearance is filed, Plaintiff must mail to the attorney for each Defendant a copy of every pleading or other paper he submits for filing in this Court.  Plaintiff shall include with any paper submitted for filing a certificate of

service stating the date an identical copy of the paper was mailed to each Defendant's counsel.  Any paper submitted for filing that does not contain a certificate of service will be returned by the clerk and disregarded by the Court.  Fed. R. Civ. P. 5; N.D. Fla. Loc. R. 5.1(F).

11. Plaintiff is reminded to keep the clerk advised of any change in his mailing address should he be transferred, released from prison, or otherwise relocated.  Failure to do so may result in a recommendation that this case be dismissed due to Plaintiff's failure to prosecute or failure to comply with an order of the Court, should orders not be able to reach Plaintiff.

DONE AND ORDERED this 1st day of October 2021.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**