IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD RAE MCPHEE,

    Plaintiff,

vs.

SERGEANT D. BARLOW, et al.,

    Defendants.

Case No.: 3:21-cv-00858-MCR-HTC

**DEFENDANT M. WILLIAMS' MOTION OBJECTION
TO REPORT AND RECOMMENDATION [ECF NO. 54]**

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, Defendant M. Williams ("Nurse Williams") respectfully submits this objection to portions of the Magistrate Judge's Report and Recommendation (the "Report"), ECF No. 54, as follows:

Mr. McPhee failed to fully disclose his litigation history in his Amended Complaint. (ECF No. 5). Nurse Williams moved to dismiss the Amended Complaint based upon Mr. McPhee's misrepresentation. ECF No. 45 at 4–7. The Magistrate Judge noted Mr. McPhee's failure to fully disclose his litigation history rendered his complaint malicious, but nonetheless recommended denial of the Motion because a

dismissal would amount to a dismissal with prejudice as the statute of limitations has run on Mr. McPhee's claims. ECF No. 54 at 6 (citing ECF No. 46 at 4–5).

The Magistrate Judge's ruling is support by unpublished Eleventh Circuit precedent. *See Hines v. Thomas*, 604 F. App'x 79, 800 (11th Cir. 2015); *Stephenson v. Warden*, 554 F. App'x 835, 837 (11th Cir. 2014). Underpinning these non-binding opinions are Eleventh Circuit rulings that dismissal under 28 U.S.C. § 1915(e)(2)(B)(i) and 28 U.S.C. § 1915A are discretionary. *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001) ("But we do not understand these statutory changes to alter the abuse of discretion standard of review for cases dismissed as frivolous under section 1915(e)."); and *Daker v. Ward*, 999 F.3d 1300, 1307 (11th Cir. 2021) ("We review the dismissal of a complaint as frivolous or malicious under 28 U.S.C. § 1915A for an abuse of discretion.").

However, there is a Circuit split as to whether these provisions are discretionary (as the Eleventh Circuit has held) or mandatory. *Webster v. Penzetta*, 458 F. App'x 23, 25 (2d Cir. 2012), *as amended* (Jan. 24, 2012) ("Moreover, where a plaintiff proceeds *in forma pauperis,* as in this case, dismissal of frivolous claims is mandatory under 28 U.S.C. § 1915(e)(2)(B)(i)."); *Gladney v. Pendleton Corr. Facility*, 302 F.3d 773, 775 (7th Cir. 2002) ("dismissal is mandatory rather than discretionary, if the conditions for dismissal such as frivolousness are met [under] 28 U.S.C. § 1915A(b)(1)."); *O'Neal v. Price*, 531 F.3d 1146, 1153 (9th Cir. 2008)

("Under § 1915(e)(2)(B), a district court must dismiss a prisoner's in forma pauperis case 'at any time' if the court determines that the action is (i) 'frivolous or malicious.'"); *Johnson v. Spencer*, 950 F.3d 680, 718 (10th Cir. 2020) (explaining the nature of an appeal of a dismissal for frivolity "under the now mandatory provision set forth in § 1915(e)(2)(B)(i)"); *Myers v. Bureau of Prisons Mailroom Staff*, 573 F. App'x 784, 785–86 (10th Cir. 2014) (holding, "both frivolousness and failure to state a claim are grounds for mandatory dismissal under § 1915A(b)(1)."); and *Thompson v. Drug Enf't Admin.*, 492 F.3d 428, 439 (D.C. Cir. 2007) (explaining § 1915A "requires courts to 'dismiss the complaint, or any portion of the complaint, if the complaint ... is frivolous or malicious, or fails to state a claim upon which relief may be granted.'").

Here, the Magistrate Judge determined Mr. McPhee's complaint was malicious for failure to fully disclose his litigation history. If § 1915(e)(2)(b)(i) and § 1915A(b) of the Prison Litigation Reform Act are mandatory—as other Circuits have held—then Mr. McPhee's malicious complaint *must* be dismissed. Accordingly, Nurse Williams objects to the Report and Recommendation (ECF No. 54) to preserve the issue should this case proceed to appeal.

Respectfully submitted:

*s/ Jacob Hanson*
Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place-1819 5th Avenue, N.
Birmingham, AL  35203
Phone: (205) 521-8000|Fax: (205) 521-8800
Primary Email:     bwahl@bradley.com
Secondary Email:   tramsay@bradley.com

Jacob Hanson (FBN 91453)
W. Blair Castle (FBN 1031504)
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, FL  33602
Phone: (813) 559-5500|Fax: (813) 229-5946
Primary Email:     jhanson@bradley.com
Primary email:     bcastle@bradley.com

***Counsel for Defendant Nurse Marie Williams, LPN***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record and a copy was mailed via U.S. Mail to pro se plaintiff on this date to:

Ronald Rae McPhee
Inmate# K60905
Wakulla Correctional Institute
110 Melaleuca Drive
Crawfordville, FL  32327
*pro se Plaintiff*

/s/ *Jacob Hanson*
***Counsel for Defendant Nurse Marie Williams, LPN***