UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD RAE MCPHEE,

    Plaintiff,

v.                                            Case No. 3:21cv858-MCR-HTC

SERGEANT D BARLOW,
OFFICER JOHN DOE, I,
OFFICER JOHN DOE, II,
NURSE M WILLIAMS,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on March 21, 2022. ECF No. 46. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 46) is adopted and incorporated by reference in this Order.

2.    Defendant Barlow's Motion to Dismiss (ECF Doc. 30) is DENIED.

Case No. 3:21cv858-MCR-HTC

**DONE AND ORDERED** this 15th day of June 2022.

*M. Casey Rodgers*
---
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**