UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF FLORIDA PENSACOLA DIVISION

Ronald Rae McPhee,
　　　　Plaintiff,

Vs.　　　　　　　Case No. 3:21cv858-MCR-HTC

D. Barlow et al,
　　　　Defendants.

## MOTION FOR EXTENSION OF TIME OF DISCOVERY

Plaintiff, Ronald Rae McPhee, pro se, herein pursuant to this Court Order of Case Management and Scheduling ECF DOC. #62 filed on July 1, 2022 set forth that all parties is Directed to Conduct Discovery so that the due date of any Discovery request Shall be no later than September 29, 2022. Plaintiff had not been able to fully Conduct Discovery at this time and Therefore requesting that this Honorable Court Grant Plaintiff an additional 60 Days Extension of Time due to the Following reason below:

1). Plaintiff have not yet adequately received his initial request to his interrogatories Filed on July 12, 2022. and First request to produce Documents and other Tangible Things Filed on December 12, 2021. These Supplement

1-5

of evidence Plaintiff seeks are vital and essential to his claim thats brought up against the Defendants.

Plaintiff had previously enter a Motion Compelling the Defendants to bring forth The evidence and Documents that is an necessity to his claim. However, the Defendants had not satisfied the Discovery phase.

2). the Defendant D. Barlow Submitted a response to Plaintiff motion to Compel ECF DOC. #80 insinuating That the Defendant are not refusing to keep Plaintiff from the evidence he seek thats set out in the interrogatories and would have resolved This issue or remedied the problem before it came to Plaintiff participating in a motion to Compel had Plaintiff sent undersigned counsel a letter in concern of the matter Plaintiff had recently furnished a second letter to the undersigned Counsel requiring The Defendants to proper and adequately Submit a response to the interrogatories, and First request for production so he Could gather up the evidence he need

3). Defendant D. Barlow also Alleged through Their Undersigned Counsel on the 12th of August 2022 That he will give the Plaintiff an opportunity to review the Use of force report for this incident that had not been disclosed to the Plaintiff by mail or by view of the Camera footage. therefore, Plaintiff request that the Court Grant this Motion for extension of Time.

4). Plaintiff had recently been Transferred From: Wakulla Corr. inst. To: Santa Rosa Corr. inst. On September 9, 2022 Plaintiff have been having Difficulties with the prison administration here. he has not been able to access the Law Library The Plaintiff had to Draft each copy of this petition to each participant in this case By hand. Grievance has been Submitted but There is a waiting process before returning the Grievance with a response.

5). Plaintiff are Currently in Close Management (CM) administrative Confinement and are Severally restraint Plaintiff are not allowed outside his holding cell unless he in full set of restraints and only allowed to go to Medical Sick Call outs, Dental, Mental Health call outs, and showers.

6). in Order for Plaintiff to access the Law Library

while in Close Management for him to utilize Their equipment (Copy Machine, Typing Machine, Case Laws/or Case Laws equipment etc.). Plaintiff will have to address a "inmate request DC6-236 Form" To the Law Library alleging Specific's needed. along with Plaintiff return Location (Dormitory Number, and holding Cell Number) if Plaintiff Change Location by Switching Dormitories or Transferring To another institution (Facility) he will have to resubmit another inmate request DC6-236 Form.

#15 Case Laws are allowed to be requested from the Law Library per-inmate. the Case Laws are loaned out up to 21 days.

Plaintiff have only one set of "each" Documents of proof in Place of his claims that need Copies For each participant including the Court as attachments So the Plaintiff Could properly prepare and challenge the Defendants and Their Claims. However, the prison administration are not allowing Plaintiff to have Copies made of his person legal Documents nor Borrow Case Laws From the Law Library he requested. Plaintiff request that This Court Grant this motion for extension of Time of 60 days.

4-5

Defendant M. Williams Undersigned Counsel Mr. Jacob Hanson had been working Close with Co-Defendant D. Barlow Counsel Ms. Kristen Lonergan who are making high Madel Claims that Plaintiff Could easily refute that the Defendant raising in their petition ECF DOC. # 81

Respectfully Submitted
/S/ *Ronald McPhee*

Ronald Rae McPhee #K60905
Santa Rose C.I.
5850 E. Milton Rd
Milton, FL 32583

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and Correct Copy of this motion for extension of Time for 60 days has Been placed in the prison official hands to Be furnished by U.S. mail To: Defendant D. Barlow undersigned Counsel Kristen Lonergan at Attorney General office: PL-01 The Capitol, Tallahassee, FL 32399. and also To Defendant M. Williams undersigned Counsel Jacob Hanson at: 100 North Tampa street, Suite 2200. Tampa, FL 33602 on this ___ day of September 2022.

Donald McPhee #K60905
Santa Rosa Correction institution
5856 E. Milton Rd
Milton, FL 32583

U.S. District court Northern
District of Florida
100 North Palafox Street
Pensacola, FL 32502

