# UNITED STATES DISTRICT COURT OF NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

Ronald Rae McPhee,
       Plaintiff,

Vs.                    Case No. 3:21cv858-MCR-HTC

D. Barlow et al,
       Defendants.

## MOTION FOR LEAVE TO AMEND CIVIL RIGHT COMPLAINT

NOW COME Plaintiff, Ronald Rae McPhee, pro se, in this above Styled Cause, and respectfully move This Honorable Court To File an amended To his Civil right Complaint Under The Section 1983, pursuant To Federal Rule of Civil procedure, as rule 15 (A) Leave amend shall be Freely given The Justice Service require, an Further Honoring This Court order Filed July 1, 2022 That Plaintiff Shall do So in good Faith. Plaintiff are placing the Correct Defendants Names in Place of John Does.

                              Respectfully Submitted

11-4-22              /s/ Ronald McPhee
 DATE                Ronald Rae McPhee #K60905
                     Santa Rosa C.I.
                     5850 E. Milton Rd
                     Milton, FL 32583



Ronald McPhee #K60905
Santa Rosa Correctional Institution
5850 E. Milton Rd.
Milton, FL 32583

U.S. District Court Northern
District of Florida Pensacola
100 North Palafox Street
Pensacola, FL 32502

PROVIDED TO
SANTA ROSA CI ON
NOV 0 4 2022
FOR MAILING BY



MAILED FROM A STATE
CORRECTIONAL INSTITUTION



US POSTAGE PITNEY BOWES
ZIP 32583
02 4W
0000368416 NOV 04 2022
$ 000.00