UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD RAE MCPHEE,

    Plaintiff,

v.                                  Case No. 3:21cv858-MCR-HTC

SERGEANT D. BARLOW, et al.,

    Defendants.

_____/

## ORDER

This matter is before the Court on Plaintiff's motion for extension of time to file a response to Defendant Barlow's motion to dismiss. ECF Doc. 106. Specifically, Plaintiff seeks an additional twenty-one (21) days to file an opposition to Barlow's motion, ECF Doc. 98. Upon consideration, the motion is GRANTED. Plaintiff shall have twenty-one (21) extra days from the original due date to file an opposition.

Accordingly, it is ORDERED:

1. Plaintiff's motion for extension of time, ECF Doc. 106, is GRANTED.

2. Plaintiff shall file his opposition to Defendant Barlow's motion to dismiss, ECF Doc. 98, no later than **January 12, 2023**.

DONE AND ORDERED this 28th day of December, 2022.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**