**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

RONALD RAE McPHEE,

     Plaintiff,

vs.                                                             Case No. 3:21-cv-858-MCR-HTC

SERGEANT D. BARLOW,

     Defendants.

**NOTICE OF NON-OBJECTION TO DEFENDANT WILLIAMS' MOTION FOR HIPAA-QUALIFIED PROTECTIVE ORDER AND UNOPPOSED MOTION TO EXTEND UNTIL SUCH ORDER IS RENDERED**

Plaintiff RONALD RAE McPHEE hereby gives notice that he does not object to Defendant Williams' Motion for HIPAA-Qualified Protective Order (ECF 115) and moves the Court to extend the time to respond to Defendant Williams' Motion for Summary Judgment until after rendering, would show that Defendant Williams does not object to this Motion and would further show:

1. Counsel for Plaintiff received a copy of Defendant Williams' Motion for HIPAA-Qualified Protective Order yesterday and was drafting a slightly different motion in response, but Plaintiff will agree to Williams' version.

2. Plaintiff is chiefly motivated to agree to the Williams version because he understands the video, Exhibit B to Williams' Motion for Summary Judgment will not be released to Plaintiff until such Order is rendered since FDC regards it as containing Protected Health Information (PHI).

3.  Plaintiff submits that the video is expected to be essential to the Plaintiff's

response to the Defendant's Motion for Summary Judgment.

4.  Plaintiff's counsel seeks additional time to review the video and speak with

his client prior to filing a response to Williams' Summary Judgment motion.

WHEREFORE Plaintiff seeks an additional four days after the rendering of

the Order or until Thursday, February 9, 2023.

Respectfully Submitted,   *s/ James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

Attorney for Plaintiff

I CERTIFY the foregoing was filed electronically on 2/2/2023, serving counsel of
record registered to be notified by the CM/ECF electronic filing system.

*/s/James V. Cook*