UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD RAE MCPHEE,

    Plaintiff,

v.                                  Case No. 3:21cv858-MCR-HTC

SERGEANT D BARLOW, et al.,

    Defendants.
_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 14, 2023 (ECF No. 121). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Nurse Wiliams's Motion for Final Summary Judgment, ECF

Doc. 101, is **GRANTED**.

      3.      The clerk shall enter a judgment in favor of Nurse Williams.

**DONE AND ORDERED** this 21st day of April 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**