UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD RAE MCPHEE,

    Plaintiff,

v.                        Case No. 3:21cv858-MCR-HTC

SERGEANT D. BARLOW, et al.,

    Defendants.

_____/

ORDER

On November 23, 2022, the Court granted Plaintiff's motion for leave to amend, ECF Doc. 91, and the second amended complaint, ECF Doc. 92, became the operative pleading. ECF Doc. 96. The second amended complaint named two new Defendants: K. Urbaniak and W. Parker. ECF Doc. 92 at 1, 3. To date, however, neither of these two Defendants have been served.[1] If Plaintiff wishes for those Defendants to remain in the case, he must serve them with process within twenty-one (21) days.

---

[1] Although at the time the motion was granted Plaintiff was *pro se*, counsel appeared for Plaintiff shortly thereafter.

Accordingly, it is ORDERED:

Within **twenty-one (21) days** from the date of this Order, Plaintiff shall serve Defendants Urbaniak and Parker or show good cause why they should not be dismissed from this case under Federal Rule of Civil Procedure 4(m) for failure to serve.

DONE AND ORDERED this 31st day of May, 2023.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:21cv858-MCR-HTC